B. Y. FROST, WM. NELSON CROMWELL, AND WILLIAM J. CURTIS, EXECUTORS, ESTATE OF WALTER S. GURNEE, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 10441.   Promulgated July 12, 1928.

*Edward H. Green, Esq.*, for the petitioners.
*Maxwell E. McDowell, Esq.*, for the respondent.

OPINION.

ARUNDELL: Under the decision in *Keith* v. *Johnson*, 271 U. S. 1, relating to inheritance taxes paid to the State of New York, and our decisions in *Oliver Prescott, et al.*, 8 B. T. A. 582, and *Blanche O'Brien, et al.*, 10 B. T. A. 682, relating to similar taxes paid to the

State of New Jersey, the petitioners are entitled to deduct from income of the estate for 1919 the taxes paid to those States in the respective amounts of $86,950.76 and $13,426.75. Aside from the authorities cited, the deductions here claimed are allowed under Section 703(a) of the Revenue Act of 1928.

*Judgment will be entered under Rule 50.*